1  **ELISE M. BALGLEY (#114633)**
   **BERNARD, BALGLEY & BONACCORSI**
2  3900 NewPark Mall Road, Third Floor
   Newark, CA  94560-5242
3  Telephone: (510) 791-1888

4  Attorneys for Americhoice, Inc.; Acquest Investments, LLC; Hamid Rasti; Khalid Rasti and Farhad
5  Ettehad

6

7              UNITED STATES DISTRICT COURT
       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                 SAN FRANCISCO DIVISION

9  ENRIQUE RANGEL, MONICA RANGEL, and          Case No. CV09-00492 CRB
   ENRIQUE RANGEL, JR.,
10                                              STIPULATION AND ORDER TO
                                                CONTINUE CASE MANAGEMENT
11         Plaintiffs,                          CONFERENCE
   vs.
12
   AMERICHOICE, INC., ACQUEST
13 INVESTMENTS LLC, HAMED RASTI,
   KHALID RASTI, FARHAD ETTEHAD,
14 GHULAM RASTI, ANA LEIDAGENEL, and
   DOES 1 through 10, inclusive
15
            Defendants.
16

17         Due to time conflict with a proceeding in the underlying state court litigation and the currently

18 scheduled June 19, 2009 Case Management Conference in this matter, the parties hereto, through their

19 respective counsel, stipulate that the Case Management Conference shall be continued to a later date

20 convenient to the Court's schedule and available to both counsel.

21 Dated: June 17 2009                          BERNARD, BALGLEY & BONACCORSI

22                                              [signature]

23                                              ELISE M. BALGLEY
                                                Attorneys for Americhoice, Inc.; Acquest Investments, LLC; Hamid Rasti; Khalid Rasti and Farhad
24                                              Ettehad

25

26 a110.02/pleading/stip1                      1

27 Stipulation And Order
   Continuing Case Management
   Conference
28 Case No. CV09-00492 CRB

1 | [Signatures continued on following page]
Dated: June 17, 2009

BURKE HANSEN
Attorneys for Enrique Rangel, Monica Rangel, and Enrique Rangel, Jr.

**ORDER**

Based on the Stipulation of the parties and good cause appearing, IT IS ORDERED that the Case Management Conference herein set for June 19, 2009 at 8:30 a.m. shall be rescheduled to _____, 2009 at 8:30 a.m.

Dated: June 18, 2009

CHARLES R. BREYER
Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

a110.02/pleading/stip1

2

Stipulation And Order
Continuing Case Management
Conference
Case No. CV09-00492 CRB