BURKE HANSEN, Bar No. 236030
THE LAW OFFICES OF BURKE HANSEN
819 Eddy Street
San Francisco, CA 94109
Telephone: 415.771.6174
Fax: 415.474.3748
Email: burke_hansen@sbcglobal.net

Attorneys for Plaintiffs:
ENRIQUE RANGEL, MONICA RANGEL,
ENRIQUE RANGEL, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE RANGEL, MONICA RANGEL, and ENRIQUE RANGEL, JR.,

Plaintiffs,

v.

AMERICHOICE, INC., ACQUEST INVESTMENTS LLC, HAMED RASTI, KHALID RASTI, FARHAD ETTEHAD, GHULAM RASTI, ANA LEIDAGENEL, and DOES 1 THROUGH 10, inclusive,

Defendants.

Case No. CV 09-00492 CRB

**REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES AND ALL CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

Dept.:
Date:
Time:

**DISMISSAL WITH PREJUDICE OF ALL PARTIES AND ALL CAUSES OF ACTION**

TO AMERICHOICE, INC., ACQUEST INVESTMENTS LLC, HAMED RASTI, KHALID RASTI, FARHAD ETTEHAD, GHULAM RASTI, AND ANA LEIDA GENEL AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs ENRIQUE RANGEL, MONICA RANGEL, and ENRIQUE RANGEL, JR., hereby request the dismissal with prejudice of all parties and all causes of action in the above captioned case pursuant to the terms of the previously stipulated settlement agreement in Alameda County Superior Court action RG07326556, Rangel, et al. v. Americhoice, et al..

Dated: July 24th, 2009

BURKE J. HANSEN
THE LAW OFFICES OF BURKE HANSEN
Attorney for Plaintiffs
ENRIQUE RANGEL, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

THE LAW OFFICES OF
BURKE HANSEN
819 EDDY ST.
SAN FRANCISCO, CA 94109
T:415.771.6174
F:415.474.3748